B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re  Dyantha Epps FKA Dyantha Epps Hicks  ,  Case No.  14-30458-KLP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III | CitiFinancial, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FCI Lender Services, Inc.
P.O. Box 27370
Attn: Loan Servicing Department
Anaheim Hills, CA 92809

Court Claim # (if known):  10-1
Amount of Claim:  $140,432.18
Date Claim Filed:  04/09/2014

Phone: (800) 931-2424
Last Four Digits of Acct #: XXXXXX6698

Phone:  888-298-7785
Last Four Digits of Acct. #:  XXXXXX3578

Name and Address where transferee payments should be sent (if different from above):

FCI Lender Services, Inc.
P.O. Box 27370
Anaheim Hills, CA 92809

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Nisha R. Patel     Date: 11/8/17
Transferee/Transferee's Agent
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230
Tel: (804) 290-4290
Fax: (804) 290-4298
npatel@siwpc.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CERTIFICATE OF SERVICE

      I certify that on November 8, 2017, the foregoing Notice was served via CM/ECF on Carl M. Bates, Trustee, and Charles H. Krumbein, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Dyantha Epps, Debtor, 3623 Montclair, Richmond, VA 23223.

      **/s/ Nisha R. Patel**
      Nisha R. Patel, Esquire
      Samuel I. White, P. C.